UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARVA R. BELL,

       Plaintiff,

       v.

COLEMAN YOUNGER,

       Defendant.

Case No. 26-2374-HLT-BGS

ORDER GRANTING MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES

       This matter comes before the Court on Plaintiff Marva Bell's motion to proceed without prepayment of fees, which is a motion requesting leave for Plaintiff to proceed *in forma pauperis* ("*IFP*").  (Doc. 3, sealed.)  The Court notes that Plaintiff has failed to file the requisite financial affidavit in support of her *IFP* motion.  For the reasons set forth below, however, the Court provisionally **GRANTS** Plaintiff's motion.

       Under 28 U.S.C. § 1915(a), a federal court may authorize commencement of a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security therefor."  To succeed on an *IFP* motion, "the movant must show a financial inability to pay the required filing fees."  *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).  Proceeding *IFP* "in a civil case is a privilege, not a right – fundamental or otherwise."  *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998).  The decision to grant or deny *IFP* status under § 1915 lies within the district court's sound discretion.  *Engberg v. Wyoming*, 265 F.3d 1109, 1122 (10th Cir. 2001).

       Although Plaintiff failed to file the required financial affidavit in support of her motion, the motion indicates that she is on work restrictions from the doctor who allegedly recommends the

surgeries referenced in her Complaint.  (Doc. 3.)  Plaintiff also asserts that she has not "been able to work due to this work restriction since July the 3rd [sic] 2025."  (*Id.*)

Given this financial context provided in the motion, as well as reviewing Plaintiff's financial affidavit provided in her previously filed case (Case No. 26-4007, Doc. 3-1, sealed), the Court **provisionally GRANTS** Plaintiff's motion to proceed *in forma pauperis.*  That stated, in the event the case is not dismissed, the Court will require that Plaintiff provide the requisite supplemental financial information.  Even so, because of the Court's contemporaneously filed Report & Recommendation of dismissal to the District Court, the undersigned Magistrate Judge directs that the Clerk shall not issue summons for service upon the Defendants at this time.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Proceed without Prepayment of Fees (Docs. 3,  sealed), is **provisionally GRANTED**.  Pursuant to 28 U.S.C. § 1915(a)(1), Plaintiff may commence this action without prepayment of fees.  The U.S. Marshals Service shall withhold service on Defendants until further order of the Court.

**IT IS SO ORDERED.**

Dated June 29, 2026, at Wichita, Kansas.

/s/BROOKS G. SEVERSON
Brooks G. Severson
United States Magistrate Judge